UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Evans      Docket No. 5:22-CR-170-1BO

### Petition for Action on Probation

COMES NOW Mark Culp, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Evans, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j), 18 U.S.C. § 924(a)(2); and Possession With Intent to Distribute a Quantity of Marijuana, a Quantity of Cocaine, and a Quantity of a Mixture and Substance Containing Fentanyl, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 6, 2023, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This offender reported for his initial office visit on September 12, 2023, at which time he admitted to using marijuana prior to his sentencing. Considering this behavior, along with his drug use history, it was agreed that placing the offender in substance abuse treatment could be proactive in his case.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2543
Executed On: September 22, 2023

Michael Evans
Docket No. 5:22-CR-170-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __24__ day of __Sept__, 2023, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge